United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Jose Adali Enamorado-Aviles, § | | |
| *Petitioner*, § | | |
| § | | |
| v. § | | Civil Action H-25-6016 |
| § | | |
| Grant Dickey, et al., § | | |
| *Respondents*. § | | |

## ORDER

A status conference is set for December 18, 2025, at 9:30 a.m. by Zoom. The Zoom link is

https://www.zoomgov.com/j/1604600896?pwd=Et8rz28FmZKRIrlmi0Xyi2JBeOYMkp.1

The Meeting ID is 160 460 0896 and the passcode is 344331.

At the conference, the parties shall be prepared to discuss expedited proceedings to resolve Petitioner's request for preliminary injunction. ECF No. 1 at 8.

Petitioner is **ORDERED** to immediately serve a copy of this order on Daniel Hu, Chief of the Civil Division for the United States Attorney's Office for the Southern District of Texas.

Signed at Houston, Texas, on December 16, 2025.

_____
Peter Bray
United States Magistrate Judge