United States District Court
Southern District of Texas
**ENTERED**
January 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jose Adali Enamorado-Aviles, §<br>*Petitioner*, §<br>§<br>v. §<br>§<br>Grant Dickey, et al., §<br>*Respondents*. § | Civil Action H-25-6016 |

## ORDER TO RESPOND AND SHOW CAUSE

On December 18, 2025, the court held a hearing and set a briefing schedule. ECF No. 7. Pursuant to the briefing schedule, Petitioner was ordered to file a response to Respondents' Motion for Summary Judgment, ECF No. 9, by January 6, 2026. Petitioner has not filed a response.

By **January 9, 2026**, Petitioner is **ORDERED** to file a response to Respondents' Motion for Summary Judgment. In his response, Petitioner shall provide an explanation for his failure to adhere to the court's original briefing schedule. **Failure to comply with this Order may result in sanctions, including a recommendation of dismissal for failure to prosecute.**

If they wish to reply, Respondents will have until January 13, 2026, to do so.

Signed at Houston, Texas, on January 7, 2026.

_____
Peter Bray
United States Magistrate Judge