United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ADALI ENAMORADO-AVILES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06016 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On December 16, 2025, this action was referred to United States Magistrate Judge Peter Bray for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #5. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Bray. Doc. #5. This case is before the undersigned.

It is so ORDERED.

**MAY 1 5 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge