United States District Court
Southern District of Texas

**ENTERED**

June 17, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ADALI ENAMORADO-AVILES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06016 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court are Petitioner Jose Adali Enamorado-Aviles' ("Petitioner") Motion to Enforce Judgment (Doc. #21) and Motion for Contempt (Doc. #22). On May 18, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) and ordered Petitioner's release. Doc. #18. Respondents notified the Court that Petitioner was released from custody on May 22, 2026, and removed to Honduras on May 29, 2026. Doc. #19; Doc. #23. Because Petitioner has been released from custody and removed from the United States, no effective relief remains available in this action. *See Mena v. Barr*, No. 1:20-CV-151, 2020 WL 8093649, at *2 (S.D. Tex. Dec. 14, 2020), *report and recommendation adopted*, 2021 WL 124330 (S.D. Tex. Jan. 13, 2021) ("This District has regularly recognized that a petitioner's claim for habeas relief becomes moot upon his release from ICE custody (by removal or under supervision).

Accordingly, Petitioner's Motion to Enforce Judgment (Doc. #21) and Motion for Contempt (Doc. #22) are DENIED as MOOT. The Clerk of Court is DIRECTED to keep this case CLOSED.

It is so ORDERED.

JUN 1 7 2026

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge